## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA    DIVISION

IN RE:                                                    )


**TARWATER REAL ESTATE HOLDINGS,**
**LLC**                                                   )
                                                                    **No. 20-65242-SMS**
    **Debtor.**
                                                          )                    **Chapter 11**


### SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE REPORT


This report is filed pursuant to the Court's Order setting an April 29, 2020 deadline in connection with the May 13 Status Conference


1. Nature of Business

   Restaurant; debtor owns land, building and business.

2. Locations of business

   2196 Cobb Parkway, Kennesaw, GA

3. Ownership of business

   William Tarwater – 100%

4. Number and Type of employees

   Approximately 15, bartenders, servers, assistant managers. Debtor is attempting to trim number to 10, to cut costs

5. Primary causes of filing case

   To stop a scheduled foreclosure, and continue operations pending a sale of the business as a going concern

6.   General information about secured and unsecured debt

> The one secured creditor is owed approximately $790,000. The one main unsecured creditor is owed approximately $20,000. There are some very minor utility creditors. Property valued at at least $1.1M.

7.   Status of Employment of Professionals

> Orders are to be submitted on applications filed at start of case.

8.   Status of discussions with Trustee

> General discussions about sale of business, recommendations about operating costs

9.   Status of any cash collateral, AP or stay relief issues

> No cash collateral exists, debtor to begin AP payments to secured creditor

10. Goals for reorganization

> Resume operations in slimmed-down mode, pending consummation of sale

11.  Financial projections for upcoming 6 months

> Breakeven amount of $21,000 gross revenue per week must be lowered, plan is to trim labor costs, other operating costs where possible

12.   Efforts taken and status for achieving consensual plan

> Listing of property for sale, exploring auction option

13.   Whether there is any need to file separate disclosure statement

> None

14.   Need to expand Proof of Claim deadline

> None; major unsecured creditor has filed POC, other small amounts are largely utilities

15.   Any other information needed for Court's attention

> None

Respectfully submitted,

_____/s/_____

 Michael Familetti
 Attorney for Debtor
 142 S. Park Square
 Marietta, GA 30060
 (770) 794-8005     GA Bar 254941

**CERTIFICATE OF SERVICE**

**I have this day served the following parties with a copy of the foregoing Report, via first class mail, or otherwise as noted:**

**Office of US Trustee**
**75 Ted Turner Dr.**
**Suite 362**
**Atlanta, GA 30303**
**(via ECF)**

**Gary Murphey**
**Subchapter V Trustee**
**(via ECF)**

**Roderick Martin, Esq.**
**(via email)**

**Vivian Uchitel, Esq.**
**(via email/ECF)**

_____/s/_____

Michael Familetti, April 29, 2020